UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE BISHOPLILLEGARD, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>)<br>VELOCITY INVESTMENTS, LLC, )<br>BLITT & GAINES, P.C., )<br>and ANSELMO LINDBERG OLIVER )<br>LLC, f/k/a FREEDMAN ANSELMO )<br>LINDBERG LLC, )<br>)<br>DEFENDANTS. ) | Civil Action No.15CV6608<br><br>Judge Milton Shadur |

**NOTICE OF VOLUNTARY DISMISSAL OF ALL COUNTS**

PLEASE TAKE NOTICE that Plaintiff, JANE BISHOPLILLEGARD, by and through undersigned counsel, hereby voluntarily dismisses all counts against Defendants in the above –captioned action as set forth in her Complaint, without prejudice pursuant to Federal Rule of Civil procedure 41(a)(1)(A). This notice of voluntarily dismissal is appropriately filed without an Order of the Court because no Defendant has answered Plaintiff's Complaint, or filed a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i).

|  |  |
|---|---|
| Date: October 1, 2015 | Respectfully submitted,<br><br>**THE LAW OFFICE OF M. KRIS KASALO, LTD.**<br>Mario Kris Kasalo<br><u>By: /s/Mario Kris Kasalo</u><br>Attorney I.D.# 6292190<br>20 North Clark Street, Suite 3100<br>Chicago, IL 60602<br>Telephone: 312.726.6160<br>Facsimile: 312.698.5054<br>mario.kasalo@kasalolaw.com<br><br>**ATTORNEY FOR PLAINTIFF** |